United States Bankruptcy Court
Central District of California

In re:  
Lusine Harutyunova  
    Debtor

Case No. 17-10619-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-1        User: admin        Page 1 of 3        Date Rcvd: Jun 19, 2017  
                            Form ID: 318        Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2017.

```
db              +Lusine Harutyunova,    7020 Coldwater Canyon Ave # 201,    North Hollywood, CA 91605-4959
smg              Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA  90053-0200
37664467        +Discover c/oCirLaw Case # 16A05796,    8665 Gibbs Dr Ste 150,    San Diego, CA 92123-1739
37664470        +Dsnb American Express,    Po Box 8218,    Mason, OH 45040-8218
37664472         Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
37664473        +Equifax,    PO Box 144717,    Orlando, FL 32814-4717
37664474         Equifax Info Services LLC,    Box 740256,    Atlanta, GA 30374-0256
37664476         Experian,    NCAC,    PO Box 9556,    Allen, TX 75013
37664477         Experian,    NCAC,    PO Box 9556,    Allen, TX 75013-9556
37664478         Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
37664475         Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
37664482        +Ginnys,    1112 7th Ave,    Monroe, WI 53566-1364
37664490        +Merchants Credit Guide Co,    223 W Jackson Blvd Ste 410,    Chicago, IL 60606-6914
37664987        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
37664528         The Bureaus Inc,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
37664529        +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St.,
                  Chicago, IL 60661-3631
37664530        +TransUnion Consumer Relations,    PO Box 2000,    Chester, PA 19022-2000
37664488        +jh portfolio debt equiti,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
37664491        +midland funding,    2365 Northside Dr # 300,    San Diego, CA 92108-2709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              EDI: EDD.COM Jun 20 2017 01:48:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                  P. O. Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Jun 20 2017 01:48:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                  P. O. Box 2952,    Sacramento, CA  95812-2952
37664458         EDI: BANKAMER.COM Jun 20 2017 01:48:00      Bank Of America,    Po Box 982238,
                  El Paso, TX 79998
37664459        +EDI: TSYS2.COM Jun 20 2017 01:48:00      Barclays Bank Delaware,    Po Box 8803,
                  Wilmington, DE 19899-8803
37664461         EDI: TSYS2.COM Jun 20 2017 01:48:00      Bloomingdales/Dsnb,    PO Box 8218,
                  Mason, OH 45040-8218
37664462         EDI: CAPITALONE.COM Jun 20 2017 01:48:00      Capital One,    PO Box 30281,
                  Salt Lake City, UT 84130-0281
37664463        +EDI: CAPITALONE.COM Jun 20 2017 01:48:00      Capital One,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
37664465        +EDI: WFNNB.COM Jun 20 2017 01:48:00      Comenity Bank/Victorias Secret,    Po Box 182273,
                  Columbus, OH 43218-2273
37664466         EDI: CRFRSTNA.COM Jun 20 2017 01:48:00      Credit First Na/Firestone,    Po Box 81083,
                  Cleveland, OH 44181
37664468         EDI: DISCOVER.COM Jun 20 2017 01:48:00      Discover Financial,    PO Box 15316,
                  Wilmington, DE 19850-5316
37664469        +EDI: DCI.COM Jun 20 2017 01:48:00      Diversified Consultants, Inc.,
                  10550 Deerwood Park Blvd Ste 309,    Jacksonville, FL 32256-2805
37664481         EDI: CALTAX.COM Jun 20 2017 01:48:00      Franchise Tax Board,    PO Box 942867,
                  Sacramento, CA 94267-0001
37664480         EDI: CALTAX.COM Jun 20 2017 01:48:00      Franchise Tax Board,    Bankruptcy Section MS A340,
                  PO Box 2952,    Sacramento, CA 95812-2952
37664486         EDI: IRS.COM Jun 20 2017 01:48:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    Po Box 21126,    Philadelphia, PA 19114-0326
37664487         EDI: JEFFERSONCAP.COM Jun 20 2017 01:48:00      Jefferson Capital Systems,    16 McLeland Rd,
                  Saint Cloud, MN 56303-2198
37664489        +EDI: TSYS2.COM Jun 20 2017 01:48:00      Macys,    Po Box 8218,    Mason, OH 45040-8218
37664499         EDI: PRA.COM Jun 20 2017 01:48:00      Portfolio Recovery,    120 Coroporate Blvd Ste 100,
                  Norfolk, VA 23502
37664500         EDI: PRA.COM Jun 20 2017 01:48:00      Portfolio Recovery Associates,
                  120 Corporate Blvd Ste 100,    Norfolk, VA 23502
37664505         EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
37664506        +EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Banana Rep,    Po Box 965005,
                  Orlando, FL 32896-5005
37664507         EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Bananarep,    PO Box 965005,
                  Orlando, FL 32896-5005
37664508        +EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Chevron,    Po Box 965015,    Orlando, FL 32896-5015
37664509        +EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Chevron Plcc,    Po Box 965015,
                  Orlando, FL 32896-5015
37664510         EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Gap dc,    PO Box 965005,    Orlando, FL 32896-5005
37664513         EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Paypal Smart Conn,    PO Box 965005,
                  Orlando, FL 32896-5005
37664514        +EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Phillips 66,    Po Box 965004,
                  Orlando, FL 32896-5004
37664515        +EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Tjx Cos Dc,    Po Box 965005,
                  Orlando, FL 32896-5005
37664518        +EDI: RMSC.COM Jun 20 2017 01:48:00      Syncb/Wal-Mart,    Po Box 965024,
                  Orlando, FL 32896-5024
```

```
District/off: 0973-1           User: admin                  Page 2 of 3                   Date Rcvd: Jun 19, 2017
                               Form ID: 318                 Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
37664519       +EDI: RMSC.COM Jun 20 2017 01:48:00      Synchrony Bank Walmart,    Box 965024,
                 Orlando, FL 32896-5024
37664520        EDI: RMSC.COM Jun 20 2017 01:48:00      Synchrony Bank/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
37664521       +EDI: RMSC.COM Jun 20 2017 01:48:00      Synchrony Bank/Jcpenney,    Po Box 965007,
                 Orlando, FL 32896-5007
37664522       +EDI: RMSC.COM Jun 20 2017 01:48:00      Synchrony Bank/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
37664524       +EDI: WTRRNBANK.COM Jun 20 2017 01:48:00      Td Bank Usa/Target Credit,    Po Box 673,
                 Minneapolis, MN 55440-0673
37664525       +EDI: CITICORP.COM Jun 20 2017 01:48:00      Thd/Cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
37664531        EDI: BLUESTEM Jun 20 2017 01:48:00      Webbank/Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
37664479       +E-mail/Text: bankruptcy@firstelectronicbankusa.com Jun 20 2017 01:48:26
                 first electronic bank,    2150 S 1300 E ste 400,    Salt Lake City, UT 84106-4336
37664498       +E-mail/Text: bnc@nordstrom.com Jun 20 2017 01:47:40      nordstrom/td,    13531 E Cakey Ave,
                 Englewood, CO 80111-6505
37664512       +EDI: RMSC.COM Jun 20 2017 01:48:00      syncb/home design furn,    po box 965036,
                 Orlando, FL 32896-5036
37664517       +EDI: RMSC.COM Jun 20 2017 01:48:00      syncb/toysrus,    po box 965005,    Orlando, FL 32896-5005
                                                                                               TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
37664460*      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
37664464*      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
37664471*      +Dsnb American Express,    Po Box 8218,    Mason, OH 45040-8218
37664483*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Insolvency I Stop 5022,
                 300 N Los Angeles St Ste 4062,    Los Angeles, CA 90012-3313)
37664484*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114-0326)
37664485*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 660002,    Dallas, TX 75266-0002)
37664501*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502)
37664502*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502)
37664503*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502)
37664504*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502)
37664511*       Syncb/Gap dc,    PO Box 965005,    Orlando, FL 32896-5005
37664516*      +Syncb/Tjx Cos Dc,    Po Box 965005,    Orlando, FL 32896-5005
37664523*       Synchrony Bank/Walmart,    PO Box 965024,    Orlando, FL 32896-5024
37664526*      +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
37664527*      +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
37664492*      +midland funding,    2365 Northside Dr # 300,    San Diego, CA 92108-2709
37664493*      +midland funding,    2365 Northside Dr # 300,    San Diego, CA 92108-2709
37664494*      +midland funding,    2365 Northside Dr # 300,    San Diego, CA 92108-2709
37664495*      +midland funding,    2365 Northside Dr # 300,    San Diego, CA 92108-2709
37664496*      +midland funding,    2365 Northside Dr # 300,    San Diego, CA 92108-2709
37664497*      +midland funding,    2365 Northside Dr # 300,    San Diego, CA 92108-2709
                                                                                    TOTALS: 1, * 21, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0973-1          User: admin             Page 3 of 3             Date Rcvd: Jun 19, 2017
                              Form ID: 318            Total Noticed: 58
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2017 at the address(es) listed below:
          David Seror (TR)   mtzeng@brutzkusgubner.com, C133@ecfcbis.com
          Scott Kosner    on behalf of Debtor Lusine  Harutyunova tyson@tysonfirm.com
          United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
          Valerie  Smith    on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                                    TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Lusine Harutyunova** | Social Security number or ITIN  **xxx–xx–9008** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **1:17–bk–10619–MB** | | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lusine Harutyunova

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/19/17

**Dated:** 6/19/17

**By the court:**  Martin R. Barash
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**12/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 2